# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LOUIS WOLKENSTEIN,<br><br>    Plaintiff,<br><br>        v.<br><br>CITIBANK,<br><br>    Defendant. | NO. 3:17-CV-1295<br><br>(JUDGE CAPUTO) |

## **ORDER**

**NOW**, this 16th day of May, 2018, **IT IS HEREBY ORDERED** that Citibank's Motion to Compel Arbitration is **GRANTED**.

 

                                                  /s/ A. Richard Caputo
                                                  A. Richard Caputo
                                                  United States District Judge